256 S.E.2d 810 (1979)
297 N.C. 452
STATE of North Carolina, ex rel. COMMISSIONER OF INSURANCE
v.
NORTH CAROLINA RATE BUREAU et al.
Supreme Court of North Carolina.
June 5, 1979.
Rufus L. Edmisten, Atty. Gen., Isham B. Hudson, Jr., Asst. Atty. Gen., for the plaintiff.
Allen, Steed & Allen, Young, Moore, Henderson & Alvis, for defendants.
Petition by plaintiffs for discretionary review under G.S. § 7A-31. 40 N.C.App. 85, 252 S.E.2d 811. Denied.